```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 21562
    GERALD NEELEY
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-5465

--------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 06/04/2004 and was confirmed 08/26/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 12/22/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
CHASE HOME FINANCE LLC    CURRENT MORTG         .00            .00            .00
PROVIDIAN VISA CARD       UNSECURED        NOT FILED           .00            .00
MCS                       UNSECURED        NOT FILED           .00            .00
NUVELL CREDIT CO LLC      SECURED               .00            .00            .00
LITTLE CO OF MARY HOSP    UNSECURED           297.00           .00         297.00
PHONE CO CREDIT UNION     SECURED            9522.98       1113.69        9522.98
PHONE CO CREDIT UNION     UNSECURED        NOT FILED           .00            .00
SILVERLEAF RESORTS        SECURED NOT I     6890.72            .00            .00
AT & T BANKRUPCTY         UNSECURED        NOT FILED           .00            .00
CBA COLLECTION BUREAU     UNSECURED        NOT FILED           .00            .00
CBCS                      UNSECURED        NOT FILED           .00            .00
CB USA                    UNSECURED        NOT FILED           .00            .00
CITIFINANCIAL             NOTICE ONLY      NOT FILED           .00            .00
RESURGENT ACQUISITION LL  UNSECURED              .00           .00            .00
DEPENDON COLLECTION SERV  UNSECURED        NOT FILED           .00            .00
PREMIER BANCARD CHARTER   UNSECURED           254.59           .00         254.59
MEDICREDIT CORPORATION    UNSECURED        NOT FILED           .00            .00
ROGERS & HOLLAND          UNSECURED           312.02           .00         312.02
BASS & ASSOCIATES         UNSECURED           462.37           .00         462.37
CHASE HOME FINANCE LLC    SECURED NOT I         .00            .00            .00
CITIFINANCIAL             UNSECURED          4524.80           .00        4524.80
NUVELL CREDIT CO LLC      NOTICE ONLY      NOT FILED           .00            .00
CHASE HOME FINANCE LLC    COST OF COLLE      450.00            .00         450.00
GREENBERG & ASSOC         DEBTOR ATTY       2,700.00                      2,700.00
TOM VAUGHN                TRUSTEE                                         1,035.31
DEBTOR REFUND             REFUND                                          6,007.24

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  26,680.00

                PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 04 B 21562 GERALD NEELEY
```

```
PRIORITY                                                              .00
SECURED                                                          9,972.98
     INTEREST                                                    1,113.69
UNSECURED                                                        5,850.78
ADMINISTRATIVE                                                   2,700.00
TRUSTEE COMPENSATION                                             1,035.31
DEBTOR REFUND                                                    6,007.24
                                      ----------------    ----------------
TOTALS                                       26,680.00           26,680.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
     Dated: 03/05/09                    _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE

                            PAGE   2
            CASE NO. 04 B 21562 GERALD NEELEY